**OVERTIME CALCULATION UNDER OREGON REGULATIONS**

| Date | Overtime | Total time | Regular Rate | Overtime Rate | Overtime Pay |
|---|---|---|---|---|---|
| 10/22/17 to 10/28/17 | 41 | 81 | $21.37 | $32.05 | $1,314.10 |
| 10/29/17 to 11/4/17 | 3.25 | 43.25 | $40.02 | $60.03 | $195.09 |
| 11/5/17 to 11/10/17 | 39 | 79 | $21.91 | $32.86 | $1,281.65 |
| 11/12/17 to 11/18/17 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 11/19/17 to 11/25/17 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 11/26/17 to 12/2/17 | 33 | 73 | $23.71 | $35.56 | $1,173.60 |
| 12/3/17 to 12/9/17 | 45.5 | 85.5 | $20.24 | $30.36 | $1,381.58 |
| 12/10/17 to 12/16/17 | 43.5 | 83.5 | $20.73 | $31.09 | $1,352.49 |
| 12/17/17 to 12/23/17 | 0 | 16 | $108.17 | $162.26 | $0.00 |
| 12/24/17 to 12/30/17 | 0 | 16 | $108.17 | $162.26 | $0.00 |
| 12/31/17 to 1/6/18 | 14 | 54 | $32.05 | $48.08 | $673.08 |
| 1/7/18 to 1/13/18 | 43.5 | 83.5 | $20.73 | $31.09 | $1,352.49 |
| 1/14/18 to 1/20/18 | 36 | 76 | $22.77 | $34.16 | $1,229.76 |
| 1/21/18 to 1/27/18 | 12.5 | 52.5 | $32.97 | $49.45 | $618.13 |
| 1/28/18 to 2/3/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 2/4/18 to 2/10/18 | 0 | 30 | $57.69 | $86.54 | $0.00 |
| 2/11/18 to 2/17/18 | 36 | 76 | $22.77 | $34.16 | $1,229.76 |
| 2/18/18 to 2/24/18 | 42.5 | 82.5 | $20.98 | $31.47 | $1,337.41 |
| 2/25/18 to 3/3/18 | 0 | 13.5 | $128.21 | $192.31 | $0.00 |
| 3/4/18 to 3/10/18 | 0 | 33.5 | $51.66 | $77.50 | $0.00 |
| 3/11/18 to 3/17/18 | 36.5 | 76.5 | $22.62 | $33.94 | $1,238.69 |
| 3/18/18 to 3/24/18 | 18.25 | 58.25 | $29.71 | $44.57 | $813.39 |
| 3/25/18 to 3/31/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 4/1/18 to 4/7/18 | 30.25 | 70.25 | $24.64 | $36.96 | $1,117.92 |
| 4/8/18 to 4/14/18 | 43 | 83 | $20.85 | $31.28 | $1,345.00 |
| 4/15/18 to 4/21/18 | 16.5 | 56.5 | $30.63 | $45.95 | $758.17 |
| 4/22/18 to 4/28/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 4/29/18 to 5/5/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 5/6/18 to 5/12/18 | 28.25 | 68.25 | $25.36 | $38.04 | $1,074.60 |
| 5/13/18 to 5/19/18 | 43.75 | 83.75 | $20.67 | $31.00 | $1,356.20 |
| 5/20/18 to 5/26/28 | 30 | 70 | $24.73 | $37.09 | $1,112.64 |
| 5/27/18 to 6/2/18 | 0 | 16 | $108.17 | $162.26 | $0.00 |
| 6/3/18 to 6/9/18 | 0 | 39.5 | $43.82 | $65.73 | $0.00 |
| 6/10/18 to 6/16/18 | 49.25 | 89.25 | $19.39 | $29.09 | $1,432.61 |
| 6/17/18 to 6/23/18 | 51.5 | 91.5 | $18.92 | $28.37 | $1,461.22 |
| 6/24/18 to 6/30/18 | 0 | 18 | $96.15 | $144.23 | $0.00 |
| 7/1/18 to 7/7/18 | 0 | 24 | $72.12 | $108.17 | $0.00 |
| 7/8/18 to 7/14/18 | 38.5 | 78.5 | $22.05 | $33.07 | $1,273.27 |
| 7/15/18 to 7/21/18 | 42.75 | 82.75 | $20.92 | $31.37 | $1,341.22 |
| 7/22/18 to 7/28/18 | 4.5 | 44.5 | $38.89 | $58.34 | $262.53 |
| 7/29/18 to 8/4/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 8/5/18 to 8/11/18 | 0.75 | 40.75 | $42.47 | $63.71 | $47.78 |
| 8/12/18 to 8/18/18 | 33.75 | 73.75 | $23.47 | $35.20 | $1,188.07 |
| 8/19/18 to 8/25/18 | 0 | 33.5 | $51.66 | $77.50 | $0.00 |

| Week | | | | | |
|---|---|---|---|---|---|
| 8/26/18 to 9/1/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 9/2/18 to 9/8/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 9/9/18 to 9/15/18 | 36.75 | 76.75 | $22.55 | $33.83 | $1,243.11 |
| 9/16/18 to 9/22/18 | 43.5 | 83.5 | $20.73 | $31.09 | $1,352.49 |
| 9/23/18 to 9/29/18 | 5.75 | 45.75 | $37.83 | $56.75 | $326.29 |
| 9/30/18 to 10/6/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 10/7/18 to 10/13/18 | 5.5 | 45.5 | $38.04 | $57.06 | $313.82 |
| 10/14/18 to 10/20/18 | 42.25 | 82.25 | $21.04 | $31.56 | $1,333.59 |
| 10/21/18 to 10/27/18 | 43.5 | 83.5 | $20.73 | $31.09 | $1,352.49 |
| 10/28/18 to 11/3/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 11/4/18 to 11/10/18 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 11/11/18 to 11/17/18 | 0 | 18 | $96.15 | $144.23 | $0.00 |
| 11/18/18 to 11/24/18 | 0 | 31 | $55.83 | $83.75 | $0.00 |
| 11/25/18 to 12/1/18 | 37.5 | 77.5 | $22.33 | $33.50 | $1,256.20 |
| 12/2/18 to 12/8/18 | 47.5 | 87.5 | $19.78 | $29.67 | $1,409.34 |
| 12/9/18 to 12/15/18 | 31.5 | 71.5 | $24.21 | $36.31 | $1,143.76 |
| 12/16/18 to 12/22/18 | 0 | 30 | $57.69 | $86.54 | $0.00 |
| 12/23/18 to 12/29/18 | 4.5 | 44.5 | $38.89 | $58.34 | $262.53 |
| 12/30/18 to 1/5/19 | 15.5 | 55.5 | $31.19 | $46.78 | $725.05 |
| 1/6/19 to 1/12/19 | 0 | 30.5 | $56.75 | $85.12 | $0.00 |
| 1/13/19 to 1/19/19 | 46.5 | 86.5 | $20.01 | $30.01 | $1,395.62 |
| 1/20/19 to 1/26/19 | 38.75 | 78.75 | $21.98 | $32.97 | $1,277.47 |
| 1/27/19 to 2/2/19 | 7.5 | 47.5 | $36.44 | $54.66 | $409.92 |
| 2/3/19 to 2/9/19 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 2/10/19 to 2/16/19 | 0 | 14.5 | $119.36 | $179.05 | $0.00 |
| 2/17/19 to 2/23/19 | 0 | 30.5 | $56.75 | $85.12 | $0.00 |
| 2/24/19 to 3/2/19 | 32 | 72 | $24.04 | $36.06 | $1,153.85 |
| 3/3/19 to 3/19/19 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 3/10/19 to 3/16/19 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 3/17/19 to 3/23/19 | 0 | 10 | $173.08 | $259.62 | $0.00 |
| 3/24/19 to 3/30/19 | 0 | 34 | $50.91 | $76.36 | $0.00 |
| 3/31/19 to 4/6/19 | 0 | 28 | $61.81 | $92.72 | $0.00 |
| 4/7/19 to 4/13/19 | 0 | 34 | $50.91 | $76.36 | $0.00 |
| 4/14/19 to 4/20/19 | 0 | 28 | $61.81 | $92.72 | $0.00 |
| 4/21/19 to 4/27/19 | 0 | 40 | $43.27 | $64.90 | $0.00 |
| 4/28/19 to 5/4/19 | 0 | 40 | $43.27 | $64.90 | $0.00 |
| 5/5/19 to 5/11/19 | 0 | 40 | $43.27 | $64.90 | $0.00 |
| 5/12/19 to 5/18/19 | 14.25 | 54.25 | $31.90 | $47.86 | $681.94 |
| 5/19/19 to 5/25/19 | 4.75 | 44.75 | $38.68 | $58.01 | $275.57 |
| | 1314.75 | | | | $44,875.49 |