

5 Gigante Drive  Hampstead, NH 03841 USA
TEL: (603) 329-7337 ~ WATTS: (877) 448-4443 ~ FAX: (603) 329-7458
WEB:  www.greenmachinesales  E-MAIL: jgreen@greenmachine.com

**Designers, Manufacturers and Dealers of Waste Processing Products & Services**

5/22/2019

Mr. Neal Eason
11400 Duggan Road
Central Point, OR 97502

Dear Mr. Eason,

This letter is to confirm your employment with Green Machine Sales, LLC has been terminated effective immediately due to recent events at a customer site.

Your recent unwillingness to work with Green Machine employees, abrupt departure from Southern Tier's recycling site leaving the equipment locked out, the building unsecure with main tip doors raised and lights left on was a major liability to the customer and your employer.

Per the Company handbook it is your responsibility to return all company property included but not limited to the list below to Green Machine Sales, LLC, 5 Gigante Drive, Hampstead NH 03841:

- Estimated $8,000.00 in Green Machine equipment repair parts
- Tool Sets provided or purchased by GMS
- Galaxy Note 8
- Lenovo Yoga 910 Step Laptop
- Company Cell Phone
- PO Box Key
- Company Credit Card

It is to be understood, and strictly adhered to, that your non-compete agreement forbids any communication with Green Machine customers and that all related information collected and learned while under our employment is to be kept confidential.

Any unused, earned vacation time will be paid with your final check on May 30th. If you have any questions please contact HR at 603-329-5520 x 302.

Sincerely Yours

John F. Green
President, GMS