IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NEAL EASON, an individual,

        Plaintiff,

v.

GREEN MACHINE SALES, LLC, a New Hampshire Limited Liability Company,

        Defendant.

Case No. 1:19-cv-1749-MC

JUDGMENT

_____

MCSHANE, Judge:

        The Court reviewed the settlement agreement submitted under seal. ECF No. 16. The Court also reviewed the complaint, the answer, and Plaintiff's motion for summary judgment. The Court finds the agreement is a fair and reasonable resolution of a bona fide dispute under the FLSA and adopts and approves the proposed settlement. The Court GRANTS the joint motion to approve settlement, ECF No. 17, and this action is DISMISSED, with prejudice.  The pending motion for summary judgment, ECF No. 10, is DENIED AS MOOT.

IT IS SO ORDERED.

        DATED this 22nd day of June 2021.

                              /s/ Michael McShane
                              Michael McShane
                              United States District Judge

1 –JUDGMENT